1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7368
7     Facsimile: (415) 436-7234
      E-Mail: lowell.powell2@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,      )     No. CR 10-0848 JSW
14                                )
         Plaintiff,                )
15                                )
         v.                        )     **STIPULATION AND [PROPOSED]**
16                                )     **ORDER EXCLUDING TIME UNDER 18**
   AMED ISAAC GARCIA MORA,         )     **U.S.C. § 3161**
17     a/k/a Antonio Gonzalez,     )
       a/k/a Marco Antonio Lemus,  )
18     a/k/a Amed Isacc Garcia,    )
       a/k/a Clemente Nova Gomez,  )
19                                )
         Defendant.                )
20  _____)

21      On November 19, 2010, the parties in this case appeared before the Court. At that time, the

22 Court set the matter to November 29, 2010. The parties have agreed to exclude the period of

23 time between November 19, 2010 and November 29, 2010, from any time limits applicable under

24 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the

25 reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. §

26 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

27 exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18

28 ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0848 JSW

1  U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.
2  SO STIPULATED:
3
4                                             MELINDA HAAG
                                              United States Attorney
5
6  DATED: November 29, 2010             _____/s/_____
7                                             LOWELL C. POWELL
                                              Special Assistant United States Attorney
8
9  DATED: November 29, 2010             _____/s/_____
                                              RITA BOSWORTH
10                                            Attorney for AMED ISAAC GARCIA MORA

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0848 JSW

**1**

**2**                                    [~~PROPOSED~~] ORDER

**3**     For the reasons stated above and at the November 19, 2010 hearing, the Court finds that

**4** the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from

**5** November 19, 2010 through November 29, 2010 is warranted and that the ends of justice served

**6** by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**7** 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of

**8** the reasonable time necessary for effective preparation, taking into account the exercise of due

**9** diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

**10**

**11**     IT IS SO ORDERED.

**12**

**13** DATED: 11/29/10

**14** 

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge